# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **DEBRA LOCKRIDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**CNO FINANCIAL SERVICES, LLC,**<br><br>**Defendant.** | Case No. 1:16-cv-03227-RLY-MJD |

## ORDER OF DISMISSAL

The parties have filed their *Joint Stipulation of Dismissal with Prejudice*. The Court has reviewed the Stipulation and now finds this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

SO ORDERED this 1st day of March, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.